BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Pursuant to a Plan of Reorganization of Mortgage Investments Guaranteed by Bond and Mortgage Guarantee Company (Guarantee No. 170,867) and Approved by a Final Order of Supreme Court, Dated February 4, 1937, Appellant, v. RAVENNA COURT JACKSON HEIGHTS, INC., et al., Defendants, and JACKSON HEIGHTS APARTMENT CORPORATION, Respondent.— Order denying appellant's motion to confirm the report of an official referee and for a deficiency judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

CORDIANO CAN CO., INC., Appellant, v. PUREPAC CORPORATION, Respondent.— In an action to recover damages for breach of contract, judgment for defendant unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

JOSEPH CULLEN, Appellant, v. BENJAMIN WOODIE, Defendant, and COLUMBIAN PROTECTIVE ASSOCIATION, Respondent.— In an action to recover damages for personal injuries sustained through the negligent operation of an automobile owned and operated by defendant Woodie, judgment dismissing the complaint upon the merits against respondent Columbian Protective Association, insofar as appealed from, unanimously affirmed, with costs. There was a complete absence of proof that respondent so controlled or directed the activities of defendant Woodie as to make it responsible for his negligence under the rule of *respondeat superior*. Moreover, even if it be assumed that he was respondent's servant, there was no evidence that at the time of the accident he was acting within the scope of his employment. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

JAMES J. CURTIS, Appellant, v. CHARLES BRAUNHUT, Defendant, and ALEXANDER RAPPORT et al., Respondents.— Action in conversion in respect of certain mortgage certificates and for judgment for the face value thereof. Order granting respondents' motion for summary judgment, and the judgment entered pursuant thereto, unanimously affirmed, with $10 costs and disbursements. (*McNeil v. The Tenth National Bank*, 46 N. Y. 325; *Union Trust Co. v. Oliver*, 214 N. Y. 517.) Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

CARMINE DAVI, as Administrator of the Estate of FRANK DAVI, Deceased, Respondent, v. ANTON SAMUELSON, Appellant.— Action to recover damages for the death by drowning of plaintiff's intestate, alleged to have been caused by the negligence of the defendant in furnishing a boat which was unseaworthy. Judgment for the plaintiff, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.